Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5858

GARFIELD PARK MOVING AND STORAGE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 3, 1972.*

GARFIELD PARK MOVING AND STORAGE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5859

GARFIELD PARK MOVING AND STORAGE COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed August 3, 1972.*

GARFIELD PARK MOVING AND STORAGE COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney, for Respondent.

PERLIN, C.J.